UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN DEWAYNE TAYLOR, Jr., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, Employee of King County Correctional Facility, <br><br> Defendant. | CASE NO. 2:24-cv-02173-RSL-BAT <br><br> **ORDER ON MOTION TO STAY DISCOVERY** |

Plaintiff Kevin DeWayne Taylor, Jr. proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. Defendants have moved to stay discovery pending the outcome of their motion to dismiss. Dkt. 37.

The Court has "wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (1988). By separate report and recommendation, the Court has recommended that Defendants' motion to dismiss be denied. As the Court has recommended that the action move forward, a stay of discovery is not appropriate currently.

Accordingly, Defendants' motion to stay discovery (Dkt. 37) is denied. If the report and recommendation recommending denial of the motion to dismiss is adopted by the District Judge, the Court will issue a scheduling order setting appropriate deadlines for discovery and dispositive motions.

ORDER ON MOTION TO STAY
DISCOVERY - 1

1  The Clerk shall provide a copy of this order to Plaintiff and counsel for Defendants.

3  DATED this 6th day of October, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON MOTION TO STAY
DISCOVERY - 2