UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN DEWAYNE TAYLOR, Jr.,

          Plaintiff,

   v.

JOHN DOE, Employee of King County Correctional Facility,

          Defendant.

CASE NO. 2:24-cv-02173-RSL-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendants' motion to dismiss (Dkt. 17) is DENIED.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 12th day of November, 2025.

*ROBERT S. LASNIK*
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1