The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING RASTA ROYALBLOOD,

Plaintiff,

v.

CHRISTOPHER OSSEWAARDE,

Defendant.

NO. 24-cv-2173-RSL

**ORDER REFERRING MATTER TO PRO BONO PANEL**

Before the Court is plaintiff King Rasta Royalblood's (formerly known as Kevin D. Taylor) ("Royalblood") third motion for appointment of counsel. Dkt. 82. On September 23, 2026, the Court referred the motion to the Pro Bono Screening Committee ("Committee") for a recommendation pursuant to General Order 06-26. Dkt. 92. On November 3, 2026, the Committee recommended against appointing counsel unless the Court reopened discovery for limited purposes. Although the Committee concluded that

the factor concerning plaintiff's ability to present his case favors appointment, it determined that counsel would be unlikely to provide meaningful assistance with discovery already closed. The Committee further concluded, however, that appointing counsel and permitting limited discovery would benefit the administration of justice and potentially facilitate settlement.

The Court agrees that appointment of counsel, if counsel is available, and limited additional discovery are appropriate. Accordingly, it is HEREBY ORDERED:

(1) The matter is REFERRED to the Pro Bono Coordinator, who is DIRECTED to identify counsel from the Pro Bono Panel willing to represent plaintiff in this action by January 25, 2027. If the Pro Bono Coordinator identifies willing counsel by that date, the Court will grant plaintiff's motion and issue an order appointing counsel. If no willing counsel is identified, the Court will deny the motion.

(2) If counsel is appointed, the Court will reopen discovery for the limited purpose of permitting each side to serve up to 10 requests for production, 10 interrogatories, and 10 requests for admission, and to take one deposition. The Court will establish a schedule for this limited discovery following appointment of counsel.

(3) This case is STAYED pending resolution of plaintiff's motion for appointment of counsel.

(4) The Clerk is DIRECTED to re-note plaintiff's motion for appointment of counsel (Dkt. 82) for January 25, 2027.

DATED this 25th day of November 2026.

Robert S. Lasnik
United States District Judge